Maud A. Ward, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Mason News Company, Respondent, v. James G. McNulty, Appellant.— Judgment affirmed, with costs. All concurred.

Buffalo Builders Supply Company, Inc., Appellant, v. Menno A. Reeb, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted. Held, that the complaint states a cause of action for a rescission of the contract and transaction between the parties and for a recovery by plaintiff of the purchase price by reason of a substantial failure of consideration, upon authority of *Callanan* v. *K., A. C. & L. C. R. R. Co.* (199 N. Y. 268). Also, held, that plaintiff is entitled to an examination of all books, papers, documents and writings in the possession of defendant or under his control, relating to the issues herein, such examination to be conducted before a referee to be appointed by this court. Order appointing such referee and defining the scope and extent of such examination to be settled before Mr. Justice Merrell on five days' notice. All concurred, except Kruse, P. J., who dissented.

Homer E. Wilson, Appellant, v. C. Leonard J. Ager and Another, Respondents.— Judgment affirmed, with costs. All concurred.

Albert P. Miller and Another, Respondents, v. Frederick W. Zander, Appellant. (Actions Nos. 1 and 2.)— Judgments affirmed, with costs. All concurred.

Theodore Krausen, Respondent, v. International Railway Company, Appellant.— Judgment and order affirmed, with costs. All concurred.

Inez McKinnon, Respondent, v. International Railway Company and Another, Appellants.— Judgment and order affirmed, with costs. All concurred.

Ida Pfeiffer, as Administratrix, etc., Appellant, v. Iron Elevator and Transfer Company, Respondent. — Motion for leave to appeal to Court of Appeals denied, with ten dollars costs.

A. C. Leslie & Company, Ltd., Respondent, v. Western Transit Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

Elizabeth French, Appellant, v. Benjamin F. French, Respondent.— Motion granted and appeal dismissed, with costs.

In the Matter of the Application of the Grade Crossing Commissioners of the City of Buffalo for the Appointment of Commissioners to Ascertain the Compensation to Be Paid to the Owners of and Parties Interested in Lands Claimed to Be Injured by Change of Grade of Ferry Street, etc.,